UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
PROFESSOR RON VEATCH,          )
     Petitioner,               )    CIVIL ACTION NO.
                               )    05-40180-DPW
          v.                   )
                               )
UNITED STATES DEFACTO REGIME,  )
ET AL.,                        )
     Respondent.               )
```

MEMORANDUM AND ORDER
November 8, 2005

On October 3, 2005, by a memorandum order on petitioner's request for a writ of habeas corpus, I directed dismissal of an earlier effort, <u>Veatch v. Bush</u>, 05-40145-DPW, by petitioner and another to invoke 28 U.S.C. § 2241 as a means to challenge the legality of the sentences they were serving.  I found 28 U.S.C. § 2255 to be the proper vehicle to mount such a challenge and in doing so also found that § 2255 actions could not properly be brought by petitioners in this court essentially for two reasons:

> such motions must be filed in the respective sentencing courts, 28 U.S.C. § 2255, para. 1 (prisoner "may move <u>the court which imposed the sentence</u> to vacate, set aside or correct the sentence" (emphasis added)).  I note as well in this connection that such motions may be filed by those like petitioners, whose earlier § 2255 motions were denied, only after receiving permission from the appropriate court of appeals to file a second or successive § 2255 motion, <u>see</u> 28 U.S.C. § 2255, para. 8.  Because the petitioners were not sentenced in the District Court for the District of Massachusetts, the District Court

>      for the District of Massachusetts does not
>      have jurisdiction to entertain § 2255 motions
>      to vacate the petitioners' respective
>      sentences.

Id. at 7.

On October 13, 2005, this separate petition, perhaps passing my October 3, 2005 memorandum order in 05-40145-DPW in the mail, was filed, again asserting jurisdiction under § 2241.  The instant petition challenges the legality of the term of supervised release the petitioner faces.  It suffers from the same infirmities as did the petition in 05-40145-DPW.

Accordingly, I deny petitioner's request for a writ of habeas corpus and direct that this action be DISMISSED.

/s/ Douglas P. Woodlock
_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE